**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Antonio Pich,<br><br>　　　　Plaintiff<br><br>　- vs. -<br><br>Queens Garden Nursery Inc.<br>d/b/a Queens Garden Nursery<br>and Louis Zuccarello<br><br>　　　　Defendants. | DOCKET NO.1:22-cv-03362-MKB-MMH<br><br>**NOTICE OF MOTION** |

**NOTICE OF PLAINTIFF'S SECOND MOTION FOR DEFAULT JUDGMENT**

PLEASE TAKE NOTICE, that upon the declaration of Michael Samuel, Esq., attorney for Plaintiff, the accompanying declaration of plaintiff Antonio Pich and all pleadings and supporting materials filed herein, the plaintiff hereby moves this Court for a default judgment in the amount of a sum certain of $98,431.60, plus attorneys' fees and costs in the amount of a sum certain of $6,375.50, or in the alternative for a proof hearing to establish plaintiff's damages.

Dated:  July 7, 2023

　　　　　　　　　　　　　　　　　　/s/ *Michael Samuel*
　　　　　　　　　　　　　　　　　　Michael Samuel, Esq.

　　　　　　　　　　　　　　　　　　THE SAMUEL LAW FIRM
　　　　　　　　　　　　　　　　　　1441 Broadway – Suite 6085
　　　　　　　　　　　　　　　　　　New York, NY 10018
　　　　　　　　　　　　　　　　　　(212) 563-9884

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*