UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ANTONIO PICH,

                         Plaintiff,                              JUDGMENT

      v.

                                                            22-CV-3362 (MKB)(MMH)

QUEENS GARDEN NURSERY INC. d/b/a
Queens Garden Nursery and LOUIS ZUCCARELLO,

                        Defendants.
----------------------------------------------------------------X

        A Memorandum and Order of Honorable Margo K. Brodie, United States District Judge, having been filed on March 6, 2024, adopting the Report and Recommendation of Magistrate Marcia M. Henry, dated February 20, 2024, denying Plaintiff's motion as to Louis Zuccarello; granting in part Plaintiff's motion as to Queens Garden Nursery; and awarding Plaintiff damages in the amount of $45,227; it is

        ORDERED and ADJUDGED that Plaintiff's motion is denied as to Louis Zuccarello; that Plaintiff's motion is granted in part as to Queens Garden Nursery; and that Plaintiff is awarded damages in the amount of $45,277.

Dated: Brooklyn, New York                           Brenna B. Mahoney
       March 6, 2024                                       Clerk of Court

                                                          By:    */s/Jalitza Poveda*
                                                                       Deputy Clerk